FILED
2017 Sep-13 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MISTI PATTERSON,** | ) |
| **Plaintiff,** | ) **CIVIL ACTION NO.** |
| **v.** | ) |
| | ) **Pending in the Circuit Court of Jefferson County, Alabama** |
| **AD ASTRA RECOVERY SERVICE, SPEEDY CASH, JOHN DOE, RICHARD ROE, THE ABC PARTNERSHIP OR THE XYZ CORPORATION, BEING THOSE PERSONS, PARTNERSHIPS OR CORPORATIONS WHOSE TRUE NAME IS UNKNOWN, BUT WILL BE ADDED HERETO BY AMENDMENT WHEN ASCERTAINED,** | ) **68-CV-2017-900649** |
| **Defendants.** | |

## NOTICE OF REMOVAL

**COMES NOW** Defendants Ad Astra Recovery Service ("Ad Astra") and Speedy Cash ("Speedy") (collectively "Defendants"), by and through its undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, appearing specially so as to preserve any and all defenses available under Rule 12 of the Alabama and Federal Rules of Civil Procedure, any and all defenses under the federal laws of bankruptcy and specifically preserving the right to demand arbitration pursuant to contractual agreements and the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, and hereby gives notice of the removal of this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court, Northern District of Alabama, Southern Division. In support of this notice of removal, Defendants state as follows:

{W0533340.1 }

## I.     INTRODUCTION

1. Plaintiff Misti Patterson ("Plaintiff") commenced this action by filing a complaint against Defendants in the Circuit Court Jefferson County, Alabama, Case Number 68-CV-2017-900649.00 on or about August 14, 2017.

2. Plaintiff's complaint asserts that Defendants violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*  (*See* Ex. A.)  Based on these claims, Plaintiff seeks recovery of actual damages, statutory damages, attorney's fees, reasonable attorney's fees and costs.  (*Id.*)

3. This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present.  Section 1441 provides, in pertinent part:

> Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties.  Any other such action shall be removable only if none of the parties in interest properly joined and served as defendant is a citizen of the State in which such action is brought.

28 U.S.C. § 1441(a).

## II.     FEDERAL QUESTION JURISDICTION

4. Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  Removal jurisdiction based upon a federal question exists when a federal question is presented on the face of a plaintiff's complaint.  *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

5. This is a civil action arising under the Constitution, laws, or treatises of the United States, because Plaintiff is asserting claims against Defendants based upon alleged violations FDCPA and FCRA, which are federal consumer protection statutes.  Accordingly, the claims

asserted by Plaintiff in her complaint arise under the laws of the United States and could have been originally filed in this Court.

### III.   ADOPTION AND RESERVATION OF DEFENSES

6.   Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendants' rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Ala. or Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

### IV.   PROCEDURAL REQUIREMENTS

7.   This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

8.   True and correct copies of "all process, pleadings, and orders" filed to date are attached hereto as Exhibit "A" in conformity with 28 U.S.C. § 1446(a). There has been no other process, pleadings, or orders served upon Defendants to date in this case.

9.   Defendants did not receive the summons and complaint in this matter until on or after August 25, 2017. The Case Action Summary for this case from the State Judicial Information System website, Alacourt.com, is attached as "Exhibit B." Accordingly, this notice of removal is filed within the time frame set forth in 28 U.S.C. § 1446.

10.   Defendants have heretofore sought no similar relief.

11. The United States District Court for the Northern District of Alabama, Southern Division, is the court and division embracing the place where this action is pending in state court.

12. Contemporaneously with the filing of this notice of removal, Defendants have filed a copy of same with the clerk of the Circuit Court of Jefferson County, Alabama and a notice of filing notice of removal. Written notice of the filing of this notice of removal has also been served upon the Plaintiff.

13. Prior to filing this Notice of Removal, Defendants did not file an Answer to the Complaint in the Circuit Court of Jefferson County, Alabama. Accordingly, Defendants will "answer or present other defenses and objections" within "7 days after th[is] [N]otice of [R]emoval is filed" in accordance with Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure.

14. Defendants reserve the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

15. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and oral argument in support of its position that this case is removable.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that this Court take this action on removal from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully submitted,

/s/Tina Lam_____
Tina Lam
Neal D. Moore, III
*Attorneys for Defendants Ad Astra Recovery Service and Speedy Cash*

**OF COUNSEL**:
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama  35242
Telephone:  (205) 380-6984
Facsimile:  (205) 879-8831
Email: lam@ffmylaw.com
Email: ndm@ffmylaw.com

**CERTIFICATE OF SERVICE**

  This is to certify that on this the 13th day of September 2017, a copy of the foregoing document has been served upon counsel of record listed below by the following method:

 [ X ] via E-file

Jon B. Terry
Bains & Terry
1813 Third Avenue North
Bessemer, AL 35020

        /s/Tina Lam_____
        OF COUNSEL