EXHIBIT A



FILED
2017 Sep-13 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



AlaFile E-Notice

68-CV-2017-900649.00

To: AD ASTRA RECOVERY SERVICES
8918 W 21 STREET N
SUITE 200, PMB 303
WITCHITA, KS, 67205

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

MISTI PATTERSON V. SPEEDY CASH ET AL
68-CV-2017-900649.00

The following complaint was FILED on 8/14/2017 10:38:34 AM

Notice Date:    8/14/2017 10:38:34 AM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510
karen.dunnburks@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>68-CV-2017-900649.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**MISTI PATTERSON V. SPEEDY CASH ET AL**

**NOTICE TO:** AD ASTRA RECOVERY SERVICES, 8918 W 21 STREET N SUITE 200, PMB 303, WITCHITA, KS 67205
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JON B. TERRY MR.
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1813 3RD AVE. N., BESSEMER, AL 35020
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MISTI PATTERSON pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 8/14/2017 10:38:34 AM | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JON B. TERRY MR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*       *(Name of County)*

Alabama on _____
*(Date)*

_____       _____       _____
*(Type of Process Server)*       *(Server's Signature)*       *(Address of Server)*

                               _____       _____
                               *(Server's Printed Name)*       *(Phone Number of Server)*

EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>68-<br>Date of Filing:<br>08/14/2017 | ELECTRONICALLY FILED<br>8/14/2017 10:37 AM<br>68-CV-2017-900649.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>KAREN DUNN BURKS, CLERK |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
MISTI PATTERSON v. SPEEDY CASH ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** TER007    8/14/2017 10:37:55 AM    /s/ JON B. TERRY MR.
                                Date                              Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

Case 2:17-cv-01569-SGC Document 1-1 Filed 09/13/17 Page 4 of 12

EXHIBIT A

ELECTRONICALLY FILED
8/14/2017 10:37 AM
68-CV-2017-900649.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, BESSEMER DIVISION

| | |
|---|---|
| MISTI PATTERSON, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>AD ASTRA RECOVERY SERVICE, )<br>SPEEDY CASH, JOHN DOE, )<br>RICHARD ROE, THE ABC )<br>PARTNERSHIP OR THE XYZ )<br>CORPORATION, BEING THOSE )<br>PERSONS, PARTNERSHIPS OR )<br>CORPORATIONS WHOSE TRUE )<br>NAME IS UNKNOWN, BUT WILL )<br>BE ADDED HERETO BY )<br>AMENDMENT WHEN ASCERTAINED,) | CASE NO: CV 2017- |

## COMPLAINT

Comes now the Plaintiff and would allege and aver as follows:

1. The Plaintiff herein is a resident citizen of Jefferson County, Alabama.

2. The Defendant Ad Astra Recovery Service apparently has numerous locations, one of which is in Kansas. They are in the business of collection and entering data on a nationwide basis.

3. The Defendant Speedy Cash is a national entity who has business located throughout the State of Alabama, including Jefferson County, Alabama.

4. On dates prior hereto, Speedy Cash wrote and made demand of the Plaintiff to make payments on a loan.

5. No loan has ever been taken out by the Plaintiff with Speedy Cash and this fact was

communicated to Speedy Cash on numerous occasions.

6. After that point, additional letters were written trying to resolve this issue and upon reviewing documentation presented, it is apparent that this is a result of theft of the Plaintiff's personal and financial information, all of which originated in the State of California and documents appear confirming this resulted in the State of California and not in Jefferson County, Alabama.

7. In spite of notification and response, Speedy Cash continued their activities of trying to force the Plaintiff to make payments on a debt she did not incur and in fact, ultimately hire the Defendant, Ad Astra Recovery Services, to make attempts to collect.

8. Knowing that this debt was disputed and denied and having information before it that should have told a reasonable person that this particular Plaintiff was not the person who made this debt Speedy Cash, Defendants turned this over to a collection agency and the collection agency proceeded with full knowledge of this dispute, to file credit reports with various credit agencies, two of which include TransUnion and Equifax.

9. This action has substantially impaired the ability of the Plaintiff to borrow funds and in fact, caused her pay a higher rate of interest when she had to replace a vehicle and borrow money to do so. That resulted in a paying a much higher rate of interest for the loan because of the impact this action has had on her credit.

## COUNT I

10. The Plaintiff would adopt all of the previous allegations of this Complaint as though the same were set forth in full herein.

11. The Fair Debt Collection Practices Act prohibits activities, which include reporting of disputed debt after knowing the debts are disputed, and in fact, the credit agency having actual

knowledge that this debt did not originate from Jefferson County, Alabama, but was accepted by them over the internet or by phone or otherwise without them actually and personally interviewing and taking precautions to insure that the person making the requesting and receiving the loan funds was actually the person under whose credit and name the loans were being sought.

12. Further, these actions have continued and in fact, have been enhanced by the fact that since this notification, this matter has been turned over to the Defendant collection agency and has proceeded to impact her credit and in fact, caused her actual harm and damage.

**WHEREFORE, PREMISES CONSIDERED,** it is prayed that judgment be entered in favor of the Plaintiff and against the Defendant for all injuries and statutory damages resulting from the violation of the Fair Debt Collection Practices Act.

## COUNT II

13. The Plaintiff would further allege that as a result of all the above, facts, which are incorporated herein by reference, the Defendants, both known and unknown, are guilty of negligence in the handling and maintenance of their business and the extension of credit by them and the reporting of bad credit by them.

14. The law requires that individuals in the lending business use ordinary care in the extension of credit as well as the attempt to collect the same and the duty to identify and verify the actual borrower.

15. In this event, the Defendants, both known and unknown, simply took action against the first person they could find when their own information shows that this loan request and the proceeds thereof originated and went to the State of California.

16. The Plaintiff has never been a resident of California and the exercise of due care would have shown that this could not be the actual obligor under the terms of the loan

transaction.

17. In fact, information placed on some of the credit reporting agencies show that this information may have originated from Newport Beach, California or such other places in California and their own documents, including emails, show that the origination of the loan application request came from California.

18. In spite of this, they have proceeded to harm and ruin the credit of the Plaintiff.

19. As a proximate result thereof the Plaintiff has been injured and harmed and in fact, been caused actual damage as a result of credit reporting activity which is false and which, at best, has been negligently reported.

**WHEREFORE, PREMISES CONSIDERED,** it is prayed that judgment be entered in favor of the Plaintiff and against the Defendants for the negligence of the Defendants.

## COUNT III-FAIR DEBT REPORTING ACT CLAIM

20. The acts of the Defendants, both named and unnamed, further violate the Fair Debt Reporting Act as otherwise set forth in 15 U.S.C. Section 1681.

21. As set forth in the facts herein, the Defendants knew or should have known that this action violates lawful reporting of this and it is clear that this dispute was not told or handled, but was ignored by Speedy Cash when they turned this over to the Defendant collection agency for collection.

22. It is further averred that Speedy Cash knew or should have known that the collection agency initial action would be to report this to the various credit reporting agencies.

23. As a proximate result of the violation of the reporting requirements as otherwise set forth in 15 U.S.C. Section 1681, et seq., and the Plaintiff has been injured and been caused to suffer damages as a result thereof.

**WHEREFORE, PREMISES CONSIDERED,** it is prayed that judgment be entered in favor of the Plaintiff for the damages caused, along with cost taxed and attorneys fees and other such amounts as may be appropriate.

### COUNT-IV VIOLATION OF RESPA

24. The Plaintiff would adopt all of the previous allegations set forth herein as though the same were set out in full herein.

25. The actions of one or more of the Defendants, both named and unnamed, likewise are in violation of the requirements of RESPA and in particular, 12 U.S.C. Section 260, et seq.

26. The said violations have caused the Plaintiff actual damages as shown by the facts adopted herein.

**WHEREFORE, PREMISES CONSIDERED,** it is prayed that this Honorable Court would such damages as may be appropriate including attorneys fees and costs of this action, as well as actual damages suffered.

_____
JON B. TERRY

**PLAINTIFF DEMANDS TRIAL BY JURY**

_____
JON B. TERRY

OF COUNSEL:
BAINS & TERRY
1813 Third Avenue North
Bessemer, AL 35020
Telephone; (205) 425-1606

EXHIBIT A

*******SERVE BY CERTIFIED MAIL ON******

Speedy Cash
P.O. Box 780408
Wichita, KS 67278-0408

Ad Astra Recovery Services
8918 W 21 Street N Suite 200, PMB 303
Wichita, KS 67205-1880

EXHIBIT A

NEOPOST
08/18/2017
US POSTAGE $006.98
ZIP 35020
041M11274186

**KAREN DUNN BURKS**
CIRCUIT CLERK
P.O. BOX 1310
BESSEMER, ALABAMA 35021

CERTIFIED MAIL

7014 2870 0000 2261 1298

Rec'd 8.25.17



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AD ASTRA RECOVERY SERVICES

8918 W 21 STREET N

SUITE 200, PMB 303

WITCHITA, KS 67205

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8-25-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

CV17-900649  S/C

3. Service Type
☒ Certified Mail   ☐ Priority Mail Express
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7014 2870 0000 2261 1298

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

KS 670

26 AUG '17

PM 2 L



- Sender: Please print your name, address, and ZIP+4® in this box•

OFFICE OF THE CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA
P.O. BOX 1310
BESSEMER, ALABAMA 35021-1310

FILED IN OFFICE
AUG 29 2017
CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA